IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL L. DOUGLAS                                                                                          PLAINTIFF

VS.                                            Civil No. 4:14-cv-1054

RAY HOBBS, Director,
Arkansas Department of Corrections                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 25, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Petitioner's Petition for Writ of a Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied as successive and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Petitioner's § 2254 Petition is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 19th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge